# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>FRANCIS FORD<br>*Defendant(s)* | Case No. 1:22-mj-338<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 23, 2021__ in the city/county of __Falls Church__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Obstructing, delaying, or affecting commerce or the movement of any article or commodity in commerce, by robbery. |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Cristina C. Stam
*Printed name and title*

*Complainant's signature*

William Beechum, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 12/12/2022

Digitally signed by Ivan Davis
Date: 2022.12.12 12:48:01 -05'00'

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*