IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

JAN 17 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS FORD,<br><br>Defendant. | Criminal No. 1:23-CR-10 (LMB)<br><br>Count 1: 18 U.S.C. § 1951(a)<br>Conspiracy to Obstruct Commerce by Robbery<br><br>Count 2: 18 U.S.C. §§ 1951(a) & 2<br>Obstructing Commerce by Robbery<br><br>Forfeiture Notice |

### CRIMINAL INFORMATION

Count One

THE UNITED STATES ATTORNEY CHARGES THAT:

In and around February 2021, in the Eastern District of Virginia and elsewhere, the defendant, FRANCIS FORD, did knowingly and unlawfully conspire and agree with Jon Fleet to obstruct, delay, and affect commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1).

(In violation of Title 18, United States Code, Section 1951(a)).

## Count Two

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 23, 2021, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, FRANCIS FORD, did knowingly obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movements of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of approximate $187 in United States currency belonging to the Papa John's Pizza restaurant located at 5860 Columbia Pike, in Falls Church, Virginia, in the presence of an employee, against the employee's will by means of actual and threatened force, violence, and fear of immediate and future injury to his person, while the employee engaged in commercial activities as an employee of the Papa John's restaurant, a business that was engaged in and affected interstate commerce.

(In violation of Title 18, United States Code, Sections 1951(a) and 2).

## FORFEITURE NOTICE

The defendant, FRANCIS FORD, is hereby notified, pursuant to Fed. R. Crim. P. 32.2(a), that if convicted of any of the offenses set forth in the Criminal Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds of the offense.

The defendant, FRANCIS FORD, is hereby notified, pursuant to Fed. R. Crim. P. 32.2(a), that if convicted of any of the offenses set forth in the Criminal Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition used in or involved in the violation.

Pursuant to 21 U.S.C. § 853(p), FRANCIS FORD shall forfeit substitute property, if, by any act or omission of FRANCIS FORD, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: 1/17/2023

By: _____
Cristina C. Stam
Bibeane Metsch
Assistant United States Attorneys